**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENO EDWARD PEREA, | ) NO. CV 12-10960-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RICHARD B. IVES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition For Writ of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 22, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE